UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ARTISAN ESTATE HOMES, LLC, | Case No. 1:19-CV-566 |
| Plaintiff, | Judge Timothy S. Black |
| v. | |
| HENSLEY CUSTOM BUILDING GROUP, LLC, STUDER RESIDENTIAL DESIGNS, INC., BRADFORD T. OSBORNE and WENDY S. OSBORNE, individuals, | **ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS BRADFORD T. OSBORNE AND WENDY S. OSBORNE, WITH PREJUDICE** |
| Defendants. | |

This matter is before the Court on the Joint Motion for the Dismissal of all Claims between Plaintiff Artisan Estate Homes, LLC ("Artisan") and Defendants Bradford T. Osborne and Wendy S. Osborne (the "Osbornes"). The Court has reviewed the Motion and finds it to be well taken.

IT IS HEREBY ORDERED that all claims between Artisan and the Osbornes are DISMISSED WITH PREJUDICE. This includes all claims asserted by Artisan against the Osbornes in its Complaint filed in this matter and all claims asserted by the Osbornes in their Counterclaim against Artisan. Artisan and the Osbornes shall bear their own attorneys' fees and costs specifically incurred in the prosecution and defense of the claims asserted against each other. This Order shall not affect any claims made or to be made by Artisan against the remaining Defendants Hensley Custom Building Group, LLC, Studer Residential Designs, Inc., and their respective owners, officers, and/or directors, including those for attorneys' fees and costs.

DATED this 13TH day of March, 2020.

_____
Judge Timothy S. Black