# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ARTISAN ESTATE HOMES, LLC, | : | Case No. 1:19-cv-566 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| HENSLEY CUSTOM BUILDING GROUP, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Motion for the Dismissal of all Claims between Plaintiff Artisan Estate Homes, LLC ("Artisan"), and Hensley Custom Building Group, LLC, Timothy R. Hensley, and John Hensley (the "Hensley Defendants"). (Doc. 118). The Court was previously advised of Artisan and the Hensley Defendants anticipated settlement, and Artisan and the Hensley Defendants are the last remaining parties to this action.

Accordingly, and for good cause shown, upon consideration of the pleadings, papers, and Joint Motion, the Joint Motion (Doc. 118) is **GRANTED**; all claims between Artisan and the Hensley Defendants are **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs; and the action shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/16/2023

*s/Timothy S. Black*
Timothy S. Black
United States District Judge